

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katherine Marie Troxler<br><br>Plaintiff,<br>V.<br><br>Kilolo Kijakazi,<br>Commissioner of Social Security<br>Administration<br><br>Defendant. | Civil Action No.   22-cv-396-KSC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court concludes the ALJ failed to apply the correct legal standard when he evaluated plaintiff's claim for benefits. The final decision of the Commissioner of Social Security is hereby VACATED and the matter is REMANDED to the Commission for further proceedings consistent with this Order. On remand, the ALJ is specifically directed to evaluate the persuasiveness of both Dr. Durr's and Dr. Pannicia's opinions. As part of that evaluation, the ALJ must evaluate the supportability and consistency of both opinions, and the ALJ should consider the other factors enumerated in the regulations as necessary. The entry of judgment will begin the running of the thirty-day period for which plaintiff, as the prevailing party, may make a timely application for attorneys' fees under the Equal Access to Justice Act. See 28 U.S.C. § 2412(d)(1)(B); Akopyan v. Barnhart, 296 F.3d 852, 854 (9th Cir. 2002).

Date:   12/8/22

CLERK OF COURT
**JOHN MORRILL**, Clerk of Court
By:  s/ L. Sotelo
                                   L. Sotelo, Deputy